UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

____

SAMMIE JOHNSON,

        Plaintiff,                  Case No. 2:24-cv-197

v.                                     Honorable Ray Kent

SARA SCHROEDER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: December 23, 2024                  /s/ Ray Kent
                                                             Ray Kent
                                                             United States Magistrate Judge